# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE GUARDIANSHIP OF PERSON AND ESTATE OF SUSAN HILLYGUS, A PROTECTED PERSON.

ROGER HILLYGUS,
                    Appellant,
    vs.
KAYCEE ZUSMAN; ROBIN RENAE RENWICK; AND SUSAN HILLYGUS,
                    Respondents.

No. 74222

FILED

NOV 09 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court's order denying a motion to recuse the district court judge presiding over appellant's civil action. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order denying a motion to recuse a district court judge. *See* NRAP 3A(b). Accordingly, we lack jurisdiction over this appeal, and we ORDER this appeal DISMISSED.

_____, J.
        Douglas

_____, J.
        Gibbons

_____, J.
        Pickering

cc: Hon. Connie J. Steinheimer, District Judge
Roger Hillygus
Washoe Legal Services
Todd L. Torvinen
Washoe District Court Clerk